

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | No. |
| ) | |
| NOAH SETH BLEDSOE, ) | 4:11CR00508JAR |
| ) | |
| Defendant. ) | |

### INDICTMENT

#### COUNT I

The Grand Jury charges that:

At all times pertinent to the charges in this indictment:

Between December, 2010, to on or about March, 2011, in Jefferson County, Missouri, and the City of St. Louis Missouri, within the Eastern District of Missouri,

**NOAH SETH BLEDSOE,**

the defendant herein, who at the time was approximately 32 (thirty-two) years old, used a facility and means of interstate commerce to knowingly persuade, induce, and entice John Doe One, who at the time was 16 (sixteen) years old and an individual who had not attained the age of 18 (eighteen) years, to engage in any sexual activity for which the defendant could be charged with a criminal offense, that is Statutory Sodomy in the Second Degree, as proscribed by Section 566.064 of the Statutes of the State of Missouri.

In violation of Title 18, United States Code, Section 2422(b).

## COUNT II

The Grand Jury further charges that:

Between December, 2010 to on or about January, 2011, in Jefferson County, Missouri, within the Eastern District of Missouri,

### NOAH SETH BLEDSOE,

the defendant herein, who at the time was approximately 32 (thirty-two) years old, used a facility and means of interstate commerce to knowingly attempt to persuade, induce, or entice John Doe Two, who at the time was 15 (fifteen) years old and an individual who had not attained the age of 18 (eighteen) years, to engage in any sexual activity for which the defendant could be charged with a criminal offense, that is Statutory Sodomy in the Second Degree as proscribed by Section 566.064 of the Statutes of the State of Missouri.

In violation of Title 18, United States Code, Section 2422(b).

## COUNT III

The Grand Jury further charges that:

In or about July, 2010, within the Eastern District of Missouri and elsewhere,

### NOAH SETH BLEDSOE

the defendant herein, who at the time was approximately 32 (thirty-two) years old, knowingly transported John Doe Three, who at the time was 15 (fifteen) years old and an individual who had not attained the age of 18 (eighteen), in interstate commerce, from the State of Illinois to St. Louis, Missouri, with the intent that John Doe Three engaged in any sexual activity for which the defendant

could be charged with a criminal offense, that is Statutory Sodomy in the Second Degree, as proscribed by Section 566.064 of the Statutes of the State of Missouri.

In violation of Title 18, United States Code, Section 2423(a).

A TRUE BILL.

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
HOWARD J. MARCUS, #29756MO
Assistant United States Attorney