Rev. 10/31/07

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

Courtroom Minute Sheet – Criminal Case

Date __12-14-11__   Judge __Nannette A. Baker__   Case No. __11cr 508 MLM__

UNITED STATES OF AMERICA v. __Noah Bledsoe__

Court Reporter __FTR Gold__   Deputy Clerk __Cabrams__

Assistant United States Attorney(s) __H. Marcus__

Attorney(s) for Defendant(s): __Michael Colona__

Interpreter _____   ☐ SEALED PROCEEDING

**Proceedings:**

☐ Initial Appearance               ☑ Detention Hearing                          ☐ Preliminary Revocation
☐ Arraignment                      ☐ Bond Review                                ☐ Probation
☐ Preliminary Examination          ☐ Bond Execution/Appearance Bond             ☐ Supervised Release
☐ Motion Hearing                   ☐ In Court Hrg (WAIVER OF MOTIONS)           ☐ Competency
  ☐ Evidentiary Hearing            ☐ Change of Plea/Sentencing                  ☐ Pretrial/Status Conference
  ☐ Oral Argument/Non Evidentiary Hearing   ☐ Rule 5(c)(3)Removal (Identity)    ☐ Material Witness

Additional Information: __Deft waived det. hrg. Gov't's mtn. granted.__

☐ Oral Motion for appointment of counsel (GRANTED)   ☐ Defendant is advised of rights/indicates understanding of those rights.

☐ Bail/Bond set in the amount of: $_____   ☐ Secured Appearance Bond   ☐ Secured by 10%

   ☐ Secured by cash only   ☐ Secured by property   ☐ Unsecured bond   ☐ O/R bond

☐ Government filed motion for pretrial detention. Detention hearing scheduled for _____ before _____

☐ Preliminary examination set for _____ before _____

☐ Defendant arraigned   ☐ Waives reading of indictment/information   ☐ Matter taken under advisement

☐ Plea entered _not guilty_   Order on pretrial motions:   ☐ issued   ☐ to issue

   ☐ Oral Motion for Suppression            ☐ Written Motion for Extension of Time to File Pretrial Motions

☐ Defendant waives _____   ☐ order to issue   ☐ oral ruling

☐ Defendant waives evidentiary hearing   ☐ By leave of court withdraws all pretrial motions   ☐ No R&R will be forthcoming

Trial date/time _____   Before _____

☑ Remanded to custody   ☐ Released on bond

Next hearing date/time _____   Type of hearing _____   Before _____

Proceeding commenced __1:39__   Proceeding concluded __1:43__   Continued to _____

☐ Based upon the evidence produced, the Court finds probable cause to believe the defendant violated the law set out in the criminal complaint.