UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
Courtroom 13N

Courtroom Minute Sheet – Criminal Case

Date **12/14/11**   Judge **Mary Ann L. Medler**   Case No. **4/11cr508 JAR/MLM**

UNITED STATES OF AMERICA v. **Noah Seth Bledsoe**

Deputy Clerk Initials: **ARL**   Court Recorder: **ARL**

Assistant United States Attorney: **Howard Marcus**

Attorney for Defendant: **Michael J. Colona**

Interpreter _____   ___ SEALED PROCEEDING

**Proceedings:**
___ Initial Appearance                        ___ In Court Hearing (WAIVER OF MOTIONS)   ___ Change of Plea/Sentencing
___ Initial Appearance Supervised Release     ___ Motion Hearing                          ___ Competency Hearing
___ Rule 5(c)(3)Removal (Identity)            ___ Evidentiary Hearing                     ___ Pretrial/Status Conference
___ Detention Hearing                         ___ Oral Argument/Non Evidentiary Hearing
___ Preliminary Examination                   ___ Preliminary Revocation
___ Bond Execution/Appearance Bond            ___ Supervised Release
___ Bond Revocation                           ___ Probation
**X** Arraignment

Additional Information: _____

**Initial Appearance:**
Bond set in the amount of: $ _____   Bond Type _____

Preliminary Exam/Detention Hearing scheduled: _____ @ _____   Before: MLM

Detention Hearing only scheduled: _____ @ _____   Before MLM

Arraignment Scheduled: _____ @ _____   Before _____

**Preliminary Revocation Hearing:**

Final Supervised Release or Probation Revocation Hearing Scheduled: _____ Before _____

**Arraignment:**
**X** Defendant arraigned

**X** Waives reading of indictment/information

**X** Not guilty plea entered. Order on pretrial motions issued.

Evidentiary Hearing Scheduled: **1/4/11** @ **1:30pm**   Before MLM in Courtroom 13S.

**Evidentiary Hearing:**
___ Defendant waives evidentiary hearing. ** Case referral termed.

___ By leave of court defendant withdraws all pretrial motions and waives evidentiary hearing. .**Case referral termed.

___ Hearing held. Testimony Heard. Motions taken under submission.

**Trial Scheduled:** **to be set**   @ _____   Before _____
**X** Remanded to custody   ___ Released on bond

Proceeding commenced **2:27 pm**   Proceeding concluded **2:30 pm**

# ARRAIGNMENT RECORD BEFORE U. S. MAGISTRATE JUDGE

USA v. NOAH SETH BLEDSOE                    Case No. 4:11CR508JAR(MLM)

Government's Counsel Howard J. Marcus

Defendant's Counsel _Michael Colona_

Interpreter N/A

__✓__ DEFENDANT PLACED UNDER OATH

    Defendant's correctly spelled name _yes_

    Defendant's age _32_    DOB _02/22/79_

__✓__ Defendant waives reading of Indictment

__✓__ Defendant ARRAIGNED

__✓__ Defendant Pleads NOT GUILTY to _all_ Counts(s) of the Indictment

__✓__ TRIAL TO BE SET by Judge John A. Ross

_N/A_ TRIAL SET on _____ at _____ A.M. before Judge _____

__✓__ Counsel moves for time to file Pretrial Motions

__✓__ Motion Granted and Order Concerning Pretrial Motions given to parties

__✓__ Evidentiary Hearing set on January 4, 2012 at 1:30 P.M. before Judge Mary Ann L. Medler

__✓__ Report & Recommendation due ASAP

__✓__ Defendant remanded to custody of U. S. Marshal

____ Defendant released on existing bond

Date of Arraignment: 12/14/2011

                                             _Mary Ann L. Medler_
                                             Mary Ann L. Medler
                                             United States Magistrate Judge