UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 4:11CR508JAR(MLM) |
| NOAH SETH BLEDSOE, | ) ) ) |
| Defendant. | ) |

### ORDER

This matter is before the court on Defendant's Motion for extension of time for continuance of the pretrial motion hearing. [Doc. 16]

For the reasons set out in Defendant's motion, the Court finds that to deny Defendant's request for such additional time would deny counsel for Defendant the reasonable time necessary for effective investigation and preparation of pretrial motions, taking into account the exercise of due diligence, 18 U.S.C. § 3161(h)(7)(B)(iv), and that the ends of justice served by granting Defendant's request for additional time outweigh the best interest of the public and Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)   Therefore, the time granted to Defendant to investigate and prepare pretrial motions, or a waiver thereof, is excluded from computation of Defendant's right to a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

Accordingly,

IT IS HEREBY ORDERED that Defendant's Motion for extension of time for continuance of the pretrial motion hearing is GRANTED in part and DENIED in part. [Doc. 16].

IT IS FURTHER ORDERED that the Evidentiary/Waiver Hearing is continued and rescheduled on  1/9/12  at 1:30 P.M.   Defendant and counsel for both parties are required to attend.

/s/Mary Ann L. Medler
MARY ANN L. MEDLER
UNITED STATES MAGISTRATE JUDGE

Dated this  19th  day of December , 2011.